UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WESLEY ARMAND**                                                   CIVIL ACTION

**VERSUS**                                                          NO.  04-3420

**LYNN COOPER**                                                     SECTION "K"(4)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Wesley Armand's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this    22nd    day of  August, 2006.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**